**Order entered December 22, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-01051-CV

## LEONARD M. CHERMACK AND JANET CHERMACK, Appellants

### V.

## NATIONSTAR MORTGAGE COMPANY LLC, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03076-2017**

### ORDER

By letter filed December 21, 2020, Collin County District Clerk Lynne Finley informs the Court the clerk's record has not been filed because appellants have not paid the fee. Accordingly, we **ORDER** appellants to file, no later than January 4, 2021, written verification they have paid the fee for the clerk's record or are entitled to proceed without payment of costs in accordance with Texas Rule of Civil Procedure 145. *We caution appellants that failure to comply may result in*

*the appeal being dismissed without further notice.* *See* TEX. R. APP. P. 37.3(b), 42.3(b),(c).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE